No. 884. UNITED STATES EX REL. LOHRBERG *v.* NICHOLSON, WARDEN, ET AL. May 22, 1944. Petition for writ of

certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents. ▄▄

No. 885. UNITED STATES EX REL. FALBO *v.* KENNEDY, SUPERINTENDENT, ET AL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Hayden C. Covington* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents. ▄▄